| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 3/3/2020<br>TIME: 10:00 am |

CASE:  **CV 19-4840(DRH) Ponce Escobar v. Paredes Landscaping, Inc. et al**

TYPE OF CONFERENCE:   INTIAL          FTR: 10:01-10:07

APPEARANCES:
   For Plaintiff:   Keith Williams

   For Defendant: Cory Morris

**THE FOLLOWING RULINGS WERE MADE:**

☒   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [9] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐   Other:

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   5/20/2020 at 10:00 am          : Status conference

   11/3/2020 at 10:00 am          : Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                              SO ORDERED

                              /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge